IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ADAMS, | 1:05-CV-00671-OWW-WMW-P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATION OF AUGUST 8, 2005 |
| vs. | [Document #6] |
| WARDEN P. L. VAZQUEZ OF WASCO STATE PRISON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On June 23, 2005, the court issued an order for plaintiff to submit an application to proceed in forma pauperis or pay the $250.00 filing fee for this action. The order was signed by the Magistrate on June 22, 2005. A review of the record shows that plaintiff filed an application to proceed in forma pauperis on June 21, 2005. It appears the order was signed before plaintiff's June 21, 2005, filing had been entered on the record.

On August 8, 2005, the Magistrate submitted findings and a recommendation to United States District Judge Oliver W. Wanger to dismiss plaintiff's case for failure to comply with the court's order of June 23, 2005. On August 25, 2005, and September 13, 2005, plaintiff filed objections to the findings and recommendation, explaining that he had already filed the application

to proceed in forma pauperis. Due to plaintiff's submission of the application to proceed in forma pauperis, the findings and recommendation shall be vacated.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendation of August 8, 2005, are VACATED.

IT IS SO ORDERED.

**Dated:   October 19, 2005**              /s/  William M. Wunderlich
j14hj0                                     UNITED STATES MAGISTRATE JUDGE